PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JESSIE HERRERA,<br><br>             Defendant. | Case No. 5:24-po-00032-CDB<br><br>[Citation #E1919482, CA71]<br><br><br><br>MOTION AND ORDER FOR DISMISSAL |

   The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #E1919482, CA71] Case No. 5:24-po-00032-CDB against JESSIE HERRERA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 29, 2024                    Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

                                    By:   /s/ *Chan Hee Chu*
                                          CHAN HEE CHU
                                          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a), that [Citation #E1919482, CA71] only in Case No. 5:24-po-00032-CDB against JESSIE HERRERA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **March 29, 2024**

_____
UNITED STATES MAGISTRATE JUDGE