1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 5:24-po-00032-CDB
12 |            Plaintiff,            | [Citation #E1919483, CA71]
13 | v.                               |
14 | JESSIE HERRERA,                  | MOTION TO CONVERT MANDATORY
   |                                  | APPEARANCE TO COLLATERAL; ORDER
15 |            Defendant.            |

16

17

18         The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Assistant United States Attorney, hereby moves to convert [Citation #E1919483, CA71]

20 in Case No. 5:24-po-00032-CDB against Defendant JESSIE HERRERA in the interests of justice.

21         The citation in this case was properly issued as a mandatory appearance within the discretion of

22 the citing officer.  Under the bail schedule for the Eastern District of California, driving with "no

23 evidence of current registration," in violation of California Vehicle Code 4000(a)(1) (via 36 C.F.R. 4.2),

24 is an offense for which the bailable amount is $200.  The officer appears to have issued a mandatory

25 appearance given Defendant's erratic driving posing a threat to the safety of other drivers.

26         Although the citation was issued properly as a mandatory citation, the United States seeks to

27 convert the citation to a collateral amount.  Based on the available information, Defendant appears to

28 have taken early responsibility and learned a valuable lesson as to the alleged misconduct, having had

                                                    1

his vehicle impounded. Given Defendant's age and poor health, as detailed by defense counsel, and lack of any evidence of alcohol or drug-related impairment during the commission of the instant offense, the United States believes a collateral amount of $200 ($30 processing fee to be also adeded) to be a fair outcome in the interests of justice. The parties have also agreed to a Deferred Prosecution Agreement as to the other citation in this matter. *See also James & Elizabeth Console Fam. v. United States*, No. 23-CV-652-DMS-BLM, 2023 WL 6120609, at *4 (S.D. Cal. Sept. 18, 2023) ("Prosecutorial discretion is defined as [a] prosecutor's power to choose from the options available in a criminal case, such as filing charges, prosecuting, not prosecuting, plea-bargaining, and recommending a sentence to the court." (internal quotation mark and citation omitted)).

    The United States also requests that the payment be allowed to be made by the CVB calendar in June 2024, to allow Defendant to be able to gather the necessary resources to pay off the bailable amount.

DATED: March 29, 2024                      Respectfully submitted,

                                               PHILLIP A. TALBERT
                                               United States Attorney

                            By:     /s/ *Chan Hee Chu*
                                                 CHAN HEE CHU
                                                 Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that [Citation #E1919483, CA71] in Case No. 5:24-po-00032-CDB against Defendant JESSIE HERRERA be converted to a bailable citation with collateral amount of $200, with an additional $30 in processing fee, to be due on June 4, 2024.

And IT IS FURTHER ORDERED that Defendant's initial appearance is continued from April 2, 2024, to June 4, 2024, at 10:00am.

IT IS SO ORDERED.

Dated:   **March 29, 2024**                    _____
                                                                      UNITED STATES MAGISTRATE JUDGE